No. 644. BANKS & RUMBAUGH *v.* TOBIN, SECRETARY OF LABOR. C. A. 5th Cir. Durkin, present Secretary of Labor, substituted for Tobin. Certiorari denied. *James*

*O. Marberry, Jr.* for petitioner. *Acting Solicitor General Stern, Harry N. Routzohn* and *Bessie Margolin* for respondent.